UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                                          Case No. 9-09-bk-10698-ALP

Eric Eldon Westover and Dayle Dorothy Westover      Chapter 13

                       Debtors.
_____/

**ORDER DENYING DEBTORS' MOTION FOR RECONSIDERATION
OF ORDER DENYING CONFIRMATION AND DISMISSING CHAPTER
13 CASE AND REQUEST FOR PRESUMPTIVE ATTORNEY'S FEES**

THIS CASE came on for a hearing on November 18, 2010 upon the Debtors' Motion for Reconsideration of Order Denying Confirmation and Dismissing Chapter 13 Case and Request for Presumptive Attorney's Fees. For the reasons stated orally and recorded in open Court that shall constitute the decision of the Court, accordingly it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. The Debtors' Motion for Reconsideration of Order Denying Confirmation and Dismissing Chapter 13 Case and Request for Presumptive Attorney's Fees is hereby DENIED.

2. The Order Dismissing Chapter 13 Case entered on October 2, 2010, shall in all respects remain in full force and effect.

**DONE** and **ORDERED** in Chambers at Ft. Myers, Florida on December 4, 2010.

_____
David H. Adams
United States Bankruptcy Judge

Copies to be provided by CM/ECF service

JMW/KMB/sn                                                                C13T 11/30/10